## STATE OF FLORIDA v CANTIN

### Case No. 86-609 AC

Eleventh Judicial Circuit, Appellate Division, Dade County

January 26, 1987

#### APPEARANCES OF COUNSEL

**Calvin L. Fox** for appellant.

**David I. Sisselman** for appellee.

Before RIVKIND, BARAD, HENDERSON, JJ.

### OPINION OF THE COURT

PER CURIAM.

The Motion to Suppress entered by the trial judge is reversed on the authority of *State v. Gendreau, 19 Fla. Supp. 2d 156 (11th Cir., Case No. 85-246 AC, September 10, 1986)*.

Reversed and remanded for further proceedings consistent with this opinion.